

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00222-CV
_____

SCHWARZ HANSON LTD. D/B/A SCHWARZ-HANSON ARCHITECTS,
Appellant

V.

HOPE FARM, INC., Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-306202-19

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 8, 2019